United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 18, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-41488
Conference Calendar

UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

RICKY ANTON SIDLAUSKAS,

                                    Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:04-CR-185-8
---------------------

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:*

     Court-appointed counsel for Ricky Anton Sidlauskas has moved
for leave to withdraw and has filed a brief in accordance with
Anders v. California, 386 U.S. 738 (1967).  Sidlauskas has not
filed a response.  Our independent review of counsel's brief and
the record discloses no nonfrivolous issue for appeal.
Accordingly, counsel's motion for leave to withdraw is GRANTED,
counsel is excused from further responsibilities herein, and the
APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.

---

     * Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.